| | |
|---|---|
| 1 | JACKSON LEWIS P.C. |
|   | MICHAEL J. CHRISTIAN (SBN 173727) |
| 2 | ERIKA BARBARA PICKLES (SBN 215702) |
|   | 801 K Street, Suite 2300 |
| 3 | Sacramento, California 95814 |
|   | Telephone:  (916) 341-0404 |
| 4 | Facsimile:  (916) 341-0141 |

Attorneys for Defendants
CITY OF McFARLAND, MANUAL CANTU, RUSSEL COKER, GREG HERRINGTON and MIKE WEBBER

WILLIAM A. ROMAINE (SBN 126966)
LAW OFFICE OF WILLIAM A. ROMAINE
206 West Lacey Boulevard, Suite 309
Hanford, CA  93230
Telephone:  (559) 582-9360
Facsimile:  (559) 582-9350

Attorneys for Plaintiff
REYNALDO DELEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| REYNALDO DeLEON, | Case No. 1:13-CV-01089-LJO-JLT |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE DATE** |
| CITY OF McFARLAND, CALIFORNIA, MANUAL CANTU, RUSSEL COKER, GREG HERRINGTON, MIKE WEBBER, and other unnamed, unknown officers and employees of the City of McFarland, California, | **Date:**  April 17, 2014<br>**Time:**  1:30 p.m. |
| Defendants. | Complaint Filed:  July 15, 2013<br>Trial:  June 16, 2015 |

The parties have exchanged initial discovery and had significant discussions regarding the case and any settlement potential.  Both parties are currently investigating facts and believe the settlement conference scheduled for April 17, 2014 will not be productive and a waste of the court's resources.  A necessary representative for the defendants is also unavailable for the

1

scheduled date.  All parties jointly request the conference date be vacated.  The parties agree a potential new settlement conference date can be discussed with the court at the discovery conference set for July 15, 2014.

Date: April 7, 2014                                    JACKSON LEWIS LLP

                                                       By:   */s/ Michael J. Christian*
                                                             Michael J. Christian
                                                             Attorneys for Defendants,

                                                       CITY OF McFARLAND, MANUAL CANTU, RUSSEL COKER, GREG HERRINGTON and MIKE WEBBER

Date: April 7, 2014                                    LAW OFFICE OF WILLIAM A. ROMAINE

                                                       By:   */s/ William Romaine [auth. on 4/7/2014]*
                                                             William A. Romaine
                                                             Attorneys for Plaintiff

                                                       REYNALDO DeLEON

**ORDER**

Pursuant to the stipulation of the parties, the settlement conference, currently set on April 17, 2014, is VACATED.  If, in the future, the parties agree the matter is in a settlement posture, they may file a joint request to set a new settlement conference.

IT IS SO ORDERED.

   Dated:   **April 8, 2014**                          **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE

2

STIPULATION TO VACATE SETTLEMENT                       *Reynaldo DeLeon v. City of McFarland, et al.*
CONFERENCE DATE                                        Case No. 1:13-CV-01089-LJO-JLT