1   JACKSON LEWIS P.C.
    MICHAEL J. CHRISTIAN (SBN 173727)
2   ERIKA B. PICKLES (SBN 215702)
    801 K Street, Suite 2300
3   Sacramento, California 95814
    Telephone:  (916) 341-0404
4   Facsimile:  (916) 341-0141

5   Attorneys for Defendants
    CITY OF McFARLAND, MANUAL CANTU,
6   RUSSEL COKER, GREG HERRINGTON and MIKE
    WEBBER

7

8   WILLIAM A. ROMAINE (SBN 126966)
    LAW OFFICE OF WILLIAM A. ROMAINE
9   206 West Lacey Boulevard, Suite 309
    Hanford, CA  93230
    Telephone:  (559) 582-9360
10  Facsimile:  (559) 582-9350

11  Attorneys for Plaintiff
    REYNALDO DELEON

12

13              IN THE UNITED STATES DISTRICT COURT

14      FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

15

16  REYNALDO DeLEON,                    Case No. 1:13-CV-01089-LJO-JLT

17          Plaintiff,

18      v.                              **STIPULATION AND ORDER TO
                                        DISMISS INDIVIDUAL DEFENDANTS**
19  CITY OF McFARLAND, CALIFORNIA,      **MANUAL CANTU AND RUSSELL**
    MANUAL CANTU, RUSSEL COKER,         **COKER**
20  GREG HERRINGTON, MIKE WEBBER,
    and other unnamed, unknown officers and
21  employees of the City of McFarland,  Complaint Filed:    July 15, 2013
    California,                          Trial:              June 16, 2015
22
            Defendants.
23

24                          **STIPULATION**

25          Plaintiff Reynaldo DeLeon ("Plaintiff") and Defendants Manual Cantu ("Cantu") and

26  Russell Coker ("Coker"), by and through their respective undersigned counsel of record, hereby

27  enter into the following Stipulation.  Plaintiff agrees to dismiss Cantu and Coker from this action

28

                                        1

in exchange for a waiver of costs, including any attorneys' fees.  Cantu and Coker agree to waive

costs, including any attorneys' fees, in exchange for the dismissal with prejudice.

Date:  November 4, 2014                    JACKSON LEWIS P.C.


By: /s/ *Michael J. Christian*
                                                         Michael J. Christian
                                                         Erika B. Pickles

                                                   Attorneys for Defendants
                                                    CITY OF McFARLAND, MANUAL CANTU,
                                                    RUSSEL COKER, GREG HERRINGTON
                                                    and MIKE WEBBER

Date:  November 4, 2014                    LAW OFFICE OF WILLIAM A. ROMAINE


By:/s/ *William A. Romaine* [as approved on 11/4/14]
                                                         William A. Romaine

                                                   Attorneys for Plaintiff
                                                   REYNALDO DeLEON

                                          **ORDER**

        Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby enters

an Order as follows:

        Defendants  Manual  Cantu  and  Russell  Coker  are  dismissed  from  this  Action  with

prejudice, with Plaintiff Reynaldo DeLeon and Defendants Manual Cantu and Russell Coker each

bearing their own costs, including attorneys' fees.


**SO ORDERED**
**Dated: November 4, 2014**
                                          **/s/ Lawrence J. O'Neill**
                                          **United States District Judge**

2