JACKSON LEWIS P.C.
MICHAEL J. CHRISTIAN (SBN 173727)
ERIKA B. PICKLES (SBN 215702)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendants
CITY OF McFARLAND, MANUAL CANTU,
RUSSEL COKER, GREG HERRINGTON and MIKE WEBBER

WILLIAM A. ROMAINE (SBN 126966)
LAW OFFICE OF WILLIAM A. ROMAINE
206 West Lacey Boulevard, Suite 309
Hanford, CA 93230
Telephone: (559) 582-9360
Facsimile: (559) 582-9350

Attorneys for Plaintiff
REYNALDO DELEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| REYNALDO DeLEON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF McFARLAND, CALIFORNIA, MANUAL CANTU, RUSSEL COKER, GREG HERRINGTON, MIKE WEBBER, and other unnamed, unknown officers and employees of the City of McFarland, California,<br><br>　　　　　Defendants. | Case No. 1:13-CV-01089-LJO-JLT<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Complaint Filed:　July 15, 2013<br>Trial:　　　　　　June 16, 2015 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff Reynaldo DeLeon ("Plaintiff") and Defendants City of McFarland, Greg Herrington and Mike Weber (collectively, "Defendants"), by and through their respective

undersigned counsel of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**IT IS SO STIPULATED.**

Date:  December 8, 2014					JACKSON LEWIS P.C.


							By: /s/ *Michael J. Christian*
							     Michael J. Christian
							     Erika B. Pickles

							Attorneys for Defendants
							CITY OF McFARLAND, MANUAL CANTU,
							RUSSEL COKER, GREG HERRINGTON
							and MIKE WEBBER

Date:  December 8, 2014					LAW OFFICE OF WILLIAM A. ROMAINE


							By:/s/ *William A. Romaine* [*as auth. on 12/8/14*]
							     William A. Romaine

							Attorneys for Plaintiff
							REYNALDO DeLEON


**ORDER**

	IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

**SO ORDERED**
**Dated: December 8, 2014**

					**/s/ Lawrence J. O'Neill**
					**United States District Judge**